RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
NOV - 4 2026
DANIEL J. McCOY, CLERK
BY: ____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA

v.

BRUCE ANDERS (01),
GERALD BURTON (02),
LONDELL SMITH, JR. (03),

Defendants

21 U.S.C. §§ 846
21 U.S.C. §§ 841(a)(1) & (b)(1)(C)
18 U.S.C. § 922(g)(1)

3:26-cr-00444
Judge Doughty
Magistrate Judge McClusky

# INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
**Conspiracy to Possess a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)]

From on or about April 7, 2026, and continuing through May 20, 2026, in the Western District of Louisiana and elsewhere, the defendants,

**BRUCE ANDERS,**
**GERALD BURTON, and**
**LONDELL SMITH, JR.,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, that is, cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); all in violation of Title 21, United States Code, Section 846.

**COUNT 2**
**Distributing a Controlled Dangerous Substance**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about April 07, 2026, in the Western District of Louisiana and elsewhere, the defendants,

**BRUCE ANDERS, and**
**GERALD BURTON,**

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT 3**
**Distributing a Controlled Dangerous Substance**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about May 20, 2026, in the Western District of Louisiana and elsewhere, the defendants,

**BRUCE ANDERS, and**
**LONDELL SMITH, JR.,**

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT 4**
**Possessing a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about May 29, 2026, in the Western District of Louisiana, the defendant,

**GERALD BURTON,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT 5**
**Possessing a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about May 29, 2026, in the Western District of Louisiana, the defendant,

**GERALD BURTON,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, that is, delta-9-Tetrahydrocannabinol, a schedule I substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT 6**
**Possession of Firearms and Ammunition by a Convicted Felon**
[18 U.S.C. § 922(g)(1)]

On or about May 29, 2026, in the Western District of Louisiana, the defendant,

**BRUCE ANDERS,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, that is, one Glock 19 9mm pistol and one Stoeger Cougar 8000F 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE NOTICE**

A. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of

America of certain property to which the defendants, **BRUCE ANDERS, GERALD BURTON,** and **LONDELL SMITH, JR.**, have an interest.

B. Upon conviction of a violation of Title 21, United States Code, Sections 846 and/or 841, as alleged in this indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

C. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States of America, as alleged in this Indictment, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

D. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

1.) Glock pistol; Model: 19; Caliber 9mm; SN: TKG433

2.) Stoeger pistol; Model: Cougar 8000F; Caliber: 9mm; SN: T6429-08-A022709

3.) Glock Magazine

4.) Ammunition

5.) $6,666 of U.S. Currency

All pursuant to Title 18, United States Code, Section 924(d), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

REDACTED

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

S. CHARLOTTE FARSHIAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY